**Dismiss and Opinion Filed August 8, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-13-00145-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC. & RT REALTY, L.P., Appellant**

**V.**

**MCGUIRE, CRADDOCK & STROTHER, P.C., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-8050-F**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice FitzGerald, and Justice Lewis
Opinion Per Curiam

On its own motion, the Court **LIFTS** the abatement imposed by its May 14, 2013 order.

The Court has before it the parties' July 10, 2013 agreed motion to dismiss with prejudice. The

parties state that they have settled their dispute and no longer wish to proceed with the appeal.

We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

130145F.P05

PER CURIAM



### Court of Appeals
### Fifth District of Texas at Dallas

## JUDGMENT

TRANSCONTINENTAL REALTY
INVESTORS, INC. & RT REALTY, L.P.,
Appellant

No. 05-13-00145-CV     V.

MCGUIRE, CRADDOCK & STROTHER,
P.C., Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 00-8050-F.
Opinion delivered per curiam. Chief Justice
Wright, Justice FitzGerald and Justice Lewis
sitting for the Court.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

    It is **ORDERED** that appellee MCGUIRE, CRADDOCK & STROTHER, P.C. recover its costs of this appeal from appellant TRANSCONTINENTAL REALTY INVESTORS, INC. & RT REALTY, L.P., unless the parties' agreement provides otherwise.

Judgment entered August 8, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE